**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARK BOWLING**                                                                        **PLAINTIFF**

**V.**                                          **4:19CV00909 JM**

**FEDERAL BUREAU OF INVESTIGATON;**
**UNITED STATES ATTORNEY GENERAL**
**WILLIAM BARR; DEPARTMENT OF JUSTICE**                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE